S. P. JAMES, *Plaintiff in Error*, v. ERNEST MACH AND EMIL MACH, CO-PARTNERS DOING BUSINESS AS MACH BROTHERS, *Defendants in Error*.

Opinion Filed April 22, 1924.

Where the members of the appellate court are equally divided in opinion as to whether a judgment on writ of error should be reversed or affirmed, and there is no prospect of a change of judicial opinion, the judgment should be affirmed, so that the litigation may not be unduly prolonged.

A Writ of Error to the Circuit Court for Osceola County; C. O. Andrews, Judge.

Judgment affirmed.

*Alexander Akerman* and *W. B. Crawford,* for Plaintiff in Error;

*Johnston & Garrett,* for Defendants in Error.

PER CURIAM.—This cause having been considered by the Court, and Mr. Chief Justice Taylor, Mr. Justice Ellis and Mr. Justice Browne being of opinion that the judgment should be reversed, while Mr. Justice Whitfield, Mr. Justice West, and Mr. Justice Terrell are of opinion that the judgment should be affirmed; and there being no prospect of a change of judicial opinion, the judgment should be affirmed on the authority of state *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 South. Rep. 51; Quigg, Chief of Police v. Radel, 86 Fla. 197, 97 South. Rep. 380, and it is so ordered.

All concur.